E. BRYAN WILSON
Acting United States Attorney

ADAM ALEXANDER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Adam.Alexander@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>895 Ocean Drive Loop, Homer, Alaska, 99603 | No. 3:21-mj-00237-MMS |

**MOTION TO UNSEAL**

COMES NOW the United States of America, by and through the United States Attorney for the District of Alaska, and moves this Court to unseal a redacted copy of the above-captioned search warrant, and the application and affidavit in support thereof, and all attachments thereto and other related materials such as this application and order (collectively, the " Redacted Warrant"). The compelling governmental interest in preserving the confidentiality of the Redacted Warrant has passed since the time of its

execution on April 28, 2021, and the disclosure of the Redacted Warrant will not compromise the ongoing investigation or endanger potential witnesses. <u>Times Mirror Co. v. United States</u>, 873 F.2d 1210, 1214 (9th Cir. 1989).

RESPECTFULLY SUBMITTED on April 28, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney