IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

IN THE MATTER OF THE SEARCH OF )
)
895 Ocean Drive Loop, Homer, Alaska, ) Case No. 3:21-mj-00237-MMS
99603 )
) **FILED UNDER SEAL**
)
)
) Apr 22 2021

## ATTACHMENT A

*Property to be searched*

The property to be searched is described as follows:

895 Ocean Loop Drive, Homer is a two-story residential building. The east side of the building and the second floor are utilized as rooms for rent. The rental room are clearly marked as the Alpenglow, Glacier, High Tide, and Bay View rooms. The rest of the living space is marked to the public as "Private Rooms- Staff Only". The property to be searched will be limited to only areas maintained, controlled, and lived in by the owners of the property.

As described in this warrant, 895 Ocean Drive Loop, Homer, Alaska, 99603 (SUBJECT PREMISES), includes all rooms (not rented), attics, basements, and other parts therein that could house or contain the items identified in Attachment B, the surrounding grounds, and any garages, storage rooms, trash containers, outbuildings and vehicles of any kind located thereon.





XXXXXXXXXXXXXXXXXXXXXXXXXNOTHING FOLLOWSXXXXXXXXXXXXXXXXXXXXXX