IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>895 Ocean Drive Loop, Homer, Alaska, 99603 | Case No. 3:21-mj-00237-MMS<br><br>**FILED UNDER SEAL** |

Apr 22 2021

## ATTACHMENT B

**Particular Items to be Seized and Procedures
to Facilitate Execution of the Warrant**

1. The following items to be searched for and seized from the property listed in Attachment A constitute instrumentalities and evidence of violations of 18 U.S.C. §1752(a)(1) & (2) and 40 U.S.C. §5104(e)(2)(D) & (G).

   a. Clothing, including dark colored hooded women's long "puffy" style jacket with white lettering on the upper left shoulder, dark colored leather boots, dark pants, a black shirt with white flower patterns, and an orange reflective belt;

   b. Jewelry, including, metallic thumb ring, and metallic band sized for ring finger, and diamond shaped dangling earrings;

   c. HP ProBook 640 G5 i5 Laptop – ███████████████████; and

   d. Any other property stolen from the Capitol on January 6, 2021.

2. Any containers located within the location listed in Attachment A capable of containing any of the items identified above;

3. Any computer or storage medium, including mobile phones, tablets, laptops, and other internet-capable devices, capable of containing any documents, receipts, correspondence, communications, images/media of the above items, found within the location described in Attachment A, and whose seizure is otherwise authorized by this warrant (hereinafter "DEVICE") may be searched for the following:

   a. All photographs, images, videos, communication, text messages, instant messages, emails made on or after January 6, 2021 made in reference to entering the Capitol building, to include but not limited to, theft of electronic devices;

   b. Evidence of the times the DEVICE was used;

   c. Evidence of who used, owned, or controlled the DEVICE at the time of the violation listed in this warrant were created, edited, or deleted;

   d. Documentation and manuals that may be necessary to access the DEVICE or to conduct a forensic examination of the DEVICE;

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writings, drawings or paintings); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical,



arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

### I. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 U.S.C. §§ 1512; 1752(a)(1) & (2) and 40 U.S.C. §5104(e)(2)(B), (C), (D) & (G) as described in the affidavit submitted in support of this Warrant, including, for the Account, information pertaining to the following matters:

(a) Information that constitutes evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation, including records that help reveal their whereabouts;

(b) Information that constitutes evidence indicating the state of mind, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

(c) Information that constitutes evidence concerning the breach and unlawful entry and damage to property of the United States Capitol on January 6, 2021;

(d) Information that constitutes evidence concerning the riot at the United States Capitol on January 6, 2021;

(e) Information that constitutes evidence concerning disruption of proceedings by and before the U.S. Congress at the United States Capitol on January 6, 2021;



(f) Information that constitutes evidence concerning interstate travel or the use of instrumentalities of interstate commerce related to the foregoing offenses;

(g) Information that constitutes evidence of any conspiracy, planning or preparation to commit those offenses; and

(h) Information that constitutes evidence concerning efforts after the fact to conceal evidence of those offenses, or to flee prosecution for the same.