IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>895 Ocean Drive Loop, Homer, Alaska, 99603 | ) No. 3:21-mj-00237-MMS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having duly considered the United States' Motion to Unseal the redacted copy of the above-captioned search warrant, and the application and affidavit in support thereof, and all attachments thereto and other related materials such as this application and order (collectively, the " Redacted Warrant") in the above-captioned matter, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: April 30, 2021    s/ Matthew M. Scoble
U.S. MAGISTRATE JUDGE