Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946

# In The United States District Court
## For The District Of Alaska

RECEIVED
JUL 26 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

In the Matter of the Search of:
895 Ocean Drive Loop, Homer Alaska 99603

Case#: 3:21-mj-00237-MMS

ANSWER: File in the Record

I, Marilyn Hueper, require that the following attached "Notice: Rebuttal of Affidavit in Support of Search Warrant and Verified Claim" and "Notice: Summary Judgement and Order to Pay" and the included EXHIBITS 1, A, B, C, D.

This answer should be filed into the Record because I have the Right to respond to any claim made against me.

I verify that all statements in this answer and any attachments are true to the best of my knowledge and belief.

Date: 26 July 2021

By: [signature]
all rights reserved at all times
Autograph of Marilyn A Hueper