

# UNITED STATES DISTRICT COURT

Marilyn Ann Hueper, woman
Paul James Hueper, man
Gregory Alexander Nance, man
Pierce Ethan Rathbone, man
aggrieved

Verified Claim # 7020 2450 0000 8513 8412

v.

FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s)
FBI DC Office
U.S. Capitol Police USCP
State of Alaska Anchorage Police Detective, man
wrongdoers

Notice: Declaration and Verified Claim of Arrest and False Imprisonment

'i', Marilyn Ann Hueper, woman, Alaskan, living soul, one of the people of the several states, appearing in this, My court-of-record declare:

firstly, 'i' am a creation of God-Almighty and a follower of God's laws first and foremost, and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat. 1211 - "Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people" and "Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States" and "Whereas..the Bible is "the rock on which our Republic rests";

secondly, 'i' means "me", "myself", and 'i';

thirdly, My means all property belonging to 'i';



Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

fourthly, 'i' am of sound mind and competent to testify; 'i' am a second witness to all that 'i' saw happen to My husband, Paul James Hueper and My guests, Gregory Alexander Nance and E. Pierce Rathbone on the morning of "28 April 2021" when men and woman who at times work for the FBI Anchorage Field Office, the FBI DC Office, the DC Capitol Police and State of Alaska Anchorage Police trespassed on the peaceful enjoyment of our lives; they in turn are witnesses to all that happened to me on that same morning (See Exhibits B, C and D - Declarations of Fact);

fifthly, at the time of the events of 28 April 'i' lived at "895 Ocean Drive Loop, Homer Alaska"; 'i' am co-owner of "Homer Inn & Spa" at the same address;

sixthly, 'i' have personal knowledge of the matters stated herein and hereby asseverate, understanding both the spiritual and legal liabilities of, "Thou shalt not bear false witness against thy neighbor"; and will *verify* all the following in an open court-of-record;

seventhly, on "28 April 2021" at approx 9am 'i' was startled awake by a deep male voice yelling from my kitchen, ***"FBI. Come out with your hands up!"***;

eighthly, under threat of arms and in fear for his life, My husband proceeded in his pajamas, barefoot and unarmed toward the kitchen saying something like, "okay, 'i' am coming out with my hands up";

ninethly, under threat of arms and in fear for My life, 'i' got up, also in my pajamas, barefoot and unarmed and followed My husband; there were ***many agents*** in the room and ***with firearms drawn, pointing at us***;

tenthly, the same man yelled at Paul to walk backwards; being suddenly awakened, My husband didn't register the command and they yelled at him again to turn around and walk backwards up the steps toward them; once again, ***in fear for his life, he complied***;



Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

eleventhly, the armed, uniformed man *__handcuffed his hands behind his back__* and put him in a chair at the dining table; our kitchen door had been broken;

twelfthly, a man unknown to me *__grabbed me and handcuffed me with my hands behind My back__* and forced me into a chair at the dining table;

thirteenthly, that same man demanded to know if there was anyone else in the house; fearing for our guests lives and safety, 'i' hesitated to answer hoping our guests instead might be able to remain in their rooms quietly unmolested, but they demanded again and in fear for *My* life and theirs, 'i' said yes and gave the man their names, Greg and Pierce; our house-guests were then called out in their pajamas, barefoot and unarmed; Greg and Pierce, our *__house-guests were handcuffed with their hands behind their backs__* and pushed into chairs; the man again demanded to know if there was anyone else in our home to which 'i' replied "no";

fourteenthly, after binding us all against our wills and restraining us in the dining room, the man then said, **"No one is going to be arrested here today**," and he then did state, **"We just want to have a** *chat*.";

fifteenthly, 'i' then asked, "If you just want to have a chat why didn't you just call and make an appointment?"; and 'i' required to know the names of each and every man trespassing 'i', My husband, and our property; 'i' required to examine the warrant; and 'i' required the assistance of counsel; all of these rightful demands were summarily denied by this man, whose name is still unknown to me;

sixteenthly, the man, Jonathan, removed my handcuffs and sat me down in a different room, forcefully informed me that he wanted to know who "i" had been working with that day; then he said something to the effect of 'so, you want to play it that way, do you?; and then **this man threatened "i"** saying, **'So you want me to put in my report that you** *lied* **to a federal agent?'**; and again he said menacingly so as to convey another threat, 'So *__do you want to get charged for obstructing justice__*?';


Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s),
[wo]man(s) et al (cont'd) District Court of the U.S.

seventeenthly, the swarm of agents grossly exceeded their lawful authority by
trespassing our home by way of breaking and entering through our front door, by
threatening us under force of arms, by yelling at us and binding our hands behind our
backs, by imprisoning us in our own home with no probable cause or lawful warrant
supported by Oath or affirmation of any man or woman who will testify under penalty of
perjury in an open court of law;

eighteenthly, the arrest, imprisonment, search and seizure which took place on "28
April 2021" by the men and woman lacks a standard of regularity (illegal, unlawful, and
devoid of due process of law);

nineteenthly, 'i' the woman, My husband and My two guests were **not listed on any
warrant or any other presentment in relation to the unlawful trespass** of 'i' and My
property on "28 April 2021";

twentyethly, **failure to present a warrant on demand for My examination** at the
time of the arrests and false imprisonments on "28 April 2021" is a gross violation of
My rights;

twenty-firstly, **failure to afford the assistance of counsel for 'i'**, My husband and
My guests is a gross violation of My rights;

twenty-secondly, no man or woman was named on the warrant (See Exhibit E - All
parts of the publicly available warrant), but only the address "895 Ocean Drive Loop,
Homer Alaska";

twenty-thirdly, the unlawful search and seizure of My property in the form of seized
electronic devices (see Exhibit F - List of seized items) described in the publicly
advertised warrant are not property of "895 Ocean Drive Loop, Homer Alaska" but are
mine; 'i' require the immediate restoration My privacy and expunging of all seized data;

twenty-fourthly, the warrant is unlawful due to their being no man or woman who
comes forward ***under penalty of perjury*** and ***under full commercial liability*** of any
personal knowledge or reason to believe that the property later described as "Nancy

4 of 6



EXHIBIT A

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s),
[wo]man(s) et al (cont'd) District Court of the U.S.

Pelosi's laptop" listed in "Exhibit B" of the warrant would, should or might be found at
"895 Ocean Drive, Homer Alaska";

twenty-fifthly, the swarm of agents did, do and continue to deprive 'i' of My Rights
under color of law;

twenty-sixthly, 'i', My husband and My two house-guests **_wish to be made whole_** by
the men and woman who did all of the said wrongs chronicled herein;

twenty-seventhly,  the swarm of agents should be ordered to pay 'i', My husband and
our two house-guests $250,000.00 (USD) to *each* of us by *each* of them;

twenty-eighthly,  whomsoever ordered, participated, gave permission to, validated,
agreed to, or acted in any way behind the scenes under color of law to cause the swarm
of agents to effect said unlawful arrests and imprisonments must be ordered to serve the
appropriate sentences and pay all applicable fines, fees and penalties;

twenty-ninethly, 'i' require to be given full discovery in regards to names and public
addresses of all who had **_any role whatsoever_** in the unlawful raiding of My home on
"28 April 2021";

'i' say here and shall verify in open court that all herein be true to the best of my
knowledge and understanding and 'i' reserve all of My rights at all times especially My
right to amend My testimony should new knowledge and understanding necessitate it;

'i' autograph this declaration to affirm the foregoing on this 1ᵗʰ day of the June
month in the year of our Lord twenty twenty-one and of the Independence of the United
States the two hundred forty-fifth;

By: _Marilyn Hueper (ts)_

All rights reserved at all times
autograph of Marilyn Ann Hueper

EXHIBIT A 

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

witness 1_____

All rights reserved at all times
autograph of Paul James Hueper

witness 2_____

All rights reserved at all times
autograph of Gregory Alexander Nance

witness 3_____

All rights reserved at all times
autograph of E. Pierce Rathbone

'i' certify that on the _____ day of the _____
month in the year of our Lord twenty-twentyone
'i' did serve all parties to this claim and the court;
initials_____

6 of 6