
EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF ALASKA

Marilyn Ann Hueper, woman
Paul James Hueper, man
Gregory Alexander Nance, man
E. Pierce Rathbone, man
aggrieved

Verified Claim # 7020 2450 0000 8513 8412

v.

FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s)
FBI DC Office
U.S. Capitol Police USCP
State of Alaska Anchorage Police Detective, man
wrongdoers

Notice: Declaration and Verified Claim of Arrest and False Imprisonment

I, Greg Nance, man, living soul, Arizonan of age and competent to testify on the following facts, declare:

firstly, on the morning of 28 April 2021, I awoke around 9:15 am by a disturbance in the front room; I moved towards the noise and waited at the end of the hallway;

secondly, I heard Paul Hueper walking down the hallway and heard multiple people shouting "FBI freeze!";

thirdly, I peeked around the corner and Paul had a look of confusion and fear on his face; I found out later ***a man had a gun pointed at Paul's head*** but from my vantage point I could only see Paul only and no one else;

fourthly, I then went back down the hallway to my brother Pierce's room and woke him up telling him to remain calm and listen to all instructions because "the FBI is here"; I realized he thought I was playing a prank on him;

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

fifthly, while Pierce got out of bed I looked out the window and saw several armed agents along the side of the house waiting in ambush;

sixthly, Pierce and I waited around the corner at the entrance of the hallway until Paul and Marilyn told the agents we were in the back and we were then instructed to move to the hallway entrance and turn around;

seventhly, I reassured my little brother Pierce that everything would be alright and then I proceeded first down the hallway, at which time I saw seven men and/or woman with guns ***drawn and leveled at my head*** and I was turned around and my hands were cuffed behind my back;

eighthly, while my little brother Pierce was led down the hallway I was put to the side and made to face the corner as they raised my handcuffs to hold my arms and shoulders in a "submission hold" so I wouldn't be able to move;

ninethly, all the while this was happening Marilyn was demanding a warrant to which the agents either just stared or said "Don't you worry about that, we'll get to that.";

tenthly, while they had us in the room one agent was going through Marilyn's business documents in her office saying he was still checking for people in the back of the house; he never searched or even checked any other room than her office, (no storage spaces or bedrooms) while he searched unattended;

eleventhly, Marilyn was escorted from the room while we still were never told anything other than "You know why we're here.";

twelfthly, as Marilyn was escorted out she protested that she felt she had no rights because these people had kicked the door down and pointed guns at us without even a second thought;

thirteenthly, we were then allowed to sit at the dining room table after about 30 minutes;

fourteenthly, it was then I noticed the huge hole blown out of the front door;

2 of 5

EXHIBIT C

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

fifteenthly, while at the table one of the agents finally mentioned that it had to do with January 6th and then went silent on the subject;

sixteenthly, Paul and I began to joke at how silly the idea was and kept engaging the agents in an attempt to diffuse the hostile intent and demeanor, they continued to display despite us all being handcuffed and offering no resistance in any form;

seventeenthly, after a while the agents relaxed and one finally let slip that they were actually here hunting for Nancy Pelosi's laptop, again this made me and Paul realize just how ridiculous this entire situation was right from the beginning;

eighteenthly, one agent began talking to my little brother and once she heard he was seventeen years old she abruptly ended the conversation and nodded to another agent who then left the room to speak to the agents interrogating Marilyn;

nineteenthly, I was asked what I was doing in the capital on Jan 6th; I informed the agent I was in Phoenix, Arizona at the time, have no political affiliations at all, and I had just moved to Alaska 4 days prior;

twentyethly, after some whispering from the hallway my brother and I were then told to leave the property and not come back down the street until they were gone;

twenty-firstly, we were allowed to dress with an agent in the room and when asked to pee was told he had to be in the room and watch us and he said "I hope you don't have to go number 2." Implying he would have just stared me down while I was on the toilet;

twenty-secondly, we were then escorted through the house and told Paul to call us when we could return, Marilyn had been alone being interrogated for around an hour by this time;

twenty-thirdly, as I left the property I counted three (3) agents around the perimeter of the house in addition to the seven (7) agents inside;

twenty-fourthly, my brother and I then began to call friends and family to make them aware of the situation;

3 of 5

EXHIBIT C

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

twenty-fifthly, we were kept away from the house for 4 hours and just drove around town until we were allowed to return to the property;

twenty-sixthly, when I returned to my room all of my clothes had been thrown out of my sea-bag and were strewn all across the floor in a clear search;

I swear under penalty of perjury of the laws of the United States of America that the foregoing is true to the best of My knowledge and understanding but reserve My right to amend My testimony should additional knowledge so dictate;

I autograph this declaration to affirm the foregoing on this 7th day of the June month in the year of our Lord twenty twenty-one and of the Independence of the United States the two hundred forty-fifth.

By: [signature] (l.s.)
All rights reserved at all times
autograph of Gregory A. Nance

witness 1 [signature]
All rights reserved at all times
autograph of Marilyn Ann Hueper

witness 2 [signature]
All rights reserved at all times
autograph of Paul James Hueper

witness 3 E. Pierce Rathbone
All rights reserved at all times
autograph of E. Pierce Rathbone

4 of 5



EXHIBIT C

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

'i' certify that on the 7th day of the June month in the year of our Lord twenty-twentyone 'i' did serve all parties to this claim and the court

MH (initials)

5 of 5