UNITED STATES DISTRICT COURT

Marilyn Ann Hueper, woman
Paul James Hueper, man
Gregory Alexander Nance, man
E. Pierce Rathbone, man
aggrieved

Verified Claim # 7020 2450 0000 8513 8412

v.

FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s)
FBI DC Office
U.S. Capitol Police USCP
State of Alaska Anchorage Police Detective, man
wrongdoers

Notice: Declaration and Verified Claim of Arrest and False Imprisonment

I, E. Pierce Rathbone, man, living soul, Arizonan, am seventeen (17) years old and will be eighteen years old on 17 September 2021, being of sound mind and competent to testify, declare:

firstly, on 28 April 2021 I was awakened around 9:00-9:30 a.m. when I was hearing shouting and loud banging sounds;

secondly, My brother Greg came in to my room and told me that the fbi had broken down the door and agents were pointing guns at Paul (Hueper) and Marilyn (Hueper);

thirdly, Greg and I then waited in the hallway for the agents to tell us what they wanted us to do;

fourthly, we could hear Paul being asked if anyone else was in the building aside from guests in the hotel rooms, Paul informed them that there were two house guests, they then asked our names and Marilyn told them;

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

fifthly, the fbi agents then ordered us to come out with our hands up and to walk up to them backwards;

sixthly, the agent who we later learned was named **_Wendy Terry had her pistol trained at the back of my head;_**

seventhly, they then handcuffed My hands behind My back and threw me into a chair and held my brother against the corner;

eighthly, they refused to give us their names and **_refused to show the warrant;_**

ninethly, they unlawfully searched through our belongings before presenting the warrant and took Marilyn into another room; we later were told by Marilyn that the woman, agent Wendy Terry harassed her for a while;

tenthly, the agents in the room we were in seemed to **_just be following orders_** and seemed very sorry about the situation;

eleventhly, after they had a friendly chat about old movies with us they found out that I am seventeen years old, which is when they began to look concerned, they then waited another hour to release My brother and I and allowed us to get ready to leave the building;

twelfthly, however one of the male agents who's name we did not receive **_did not allow us to use the toilet without him watching_** which was very uncomfortable for me, they then let us leave and we did not return for a few hours;

thirteenthly, we later learned that they had stolen multiple personal items from Paul


EXHIBIT D

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

and Marilyn including an old copy of the Declaration of Independence which they had lying around;

    fourteenthly, a few days later FBI agents were caught eavesdropping on Paul and his daughter at a coffee shop, which seems like harassment to me;

    fifteenthly, the actions of the FBI during this event seems highly illegal and the idiots who allowed this to happen deserve to lose their jobs for this blatant intrusion of our rights;

    I swear under penalty of perjury of the laws of the United States of America that the foregoing is true to the best of My knowledge and understanding but reserve My right to amend My testimony should additional knowledge so dictate;

    I autograph this declaration to affirm the foregoing on this 7th day of the June month in the year of our Lord twenty twenty-one and of the Independence of the United States the two hundred forty-fifth.

By: _E. Pierce Rathbone (IS)_
All rights reserved at all times
autograph of E. Pierce Rathbone

witness 1 _Marilyn Hueper_
All rights reserved at all times
autograph of Marilyn Ann Hueper

witness 2 _Paul J. Hueper_
All rights reserved at all times
autograph of Paul James Hueper

Marilyn Ann Hueper, woman et al v. FBI Anchorage "Field Agents", John M. and/or Jane M. Doe(s), [wo]man(s) et al (cont'd) District Court of the U.S.

witness 3 _____/s/_____
All rights reserved at all times
autograph of Gregory Alexander Nance

'i' certify that on the 7th day of the June
month in the year of our Lord twenty-twentyone
'i' did serve all parties to this claim and the court

(MH)