Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JUL 26 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE MATTER OF THE SEARCH OF:
895 Ocean Drive Loop, Homer Alaska 99603

Case No. 3:21-mj-00237-MMS

**MOTION FOR: Summary Judgement**

I, Marilyn Hueper, require that the attached "Notice: Rebuttal to Affidavit in Support of Search Warrant and Verified Claim", "Notice: Summary Judgement and Order to Pay", "Certificate of Service and Notice of Dishonor", and "True Bill and Bill of Particulars" be reviewed and Summary Judgement be granted.

This motion should be granted in accordance with Rule 56 of the Federal Rules of Civil Procedure 1) the woman Wendy Terry has raised no dispute to My Rebuttal of numerous false statements in her Affidavit sworn under penalty of perjury, and 2) as a matter of law, her dishonor of My presentment automatically allows Summary Judgement to be made in My favor.

I verify that all statements in this motion and any attachments are true to the best of my knowledge and belief.

Date: 26 July 2021

By: [signature]
All rights reserved at all times
Autograph of Marilyn A. Hueper

**Certificate of Service:** I hereby certify that on 26 July 2021 I mailed first class a true and correct copy of the forgoing document to the following:

- Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501
- Adam Alexander, U.S. Attorney Office (Anch), 222 West 7th Ave, RM 253 #9, Anch AK 99513

Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

IN THE MATTER OF THE SEARCH OF:
895 Ocean Drive Loop, Homer Alaska 99603

Case No. 3:21-mj-00237-MMS

## Certificate of Service and Notice of Dishonor

Wendy Terry, the woman who at times acts as an agent of the Federal Bureau of Investigation (FBI) has dishonored My presentment by refusing service of process by placing it on "Hold" at UNITED STATES POSTAL SERVICE ANCHORAGE ALASKA 99501. (see Exhibit A - Certified Mail Receipt, and Exhibit B - Postal Service Notice)

Exhibit A: USPS CERTIFIED MAIL RECEIPT to Wendy Terry in care of FBI Anchorage office on JUN - 7 2021, receipt #7020-2450-0000-8513-8429 and USPS Receipt with Return Receipt Tracking # 9590-9402-6442-0346-5556-55.

Exhibit B: USPS Status for Return Receipt from USPS.com with current status as of 22 July 2021 being "Your item is being held at the ANCHORAGE, AK 99501 post office at 5:23 pm on June 9, 2021. This is at the request of the customer."

Certificate of Service: I certify that 7 ~~July~~ June 2021, I sent by Certified Mail a true and correct copy of "Notice: Rebuttal of Affidavit in Support of Search Warrant and Verified Claim" with attached Exhibits 1, A, B, C, D, and "Notice: Summary Judgement and Order to Pay" to Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501.

Date: 26 July 2021

By: [signature]
All rights reserved at all times
Autograph of Marilyn A. Hueper

**Certificate of Service:** I hereby certify that on 26 July 2021 I mailed first class a true and correct copy of the forgoing document to the following:

- Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501
- Adam Alexander, U.S. Attorney Anch, 222 West 7th Ave RM 253 #9, Anch AK 99513

Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946



EXHIBIT A

Certified Mail Receipt and proof of Related Tracking number.

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

7020 2450 0000 8513 8429

Anchorage, AK 99501
OFFICIAL USE

Certified Mail Fee $3.60
$2.85
$0.00
$0.00
$0.00
$0.00
Postage $7.95
Total Postage and Fees $14.40
0603
32
06/07/2021

Sent To: Wendy Terry, In Care Of: FBI Anchorage
101 East Sixth Avenue
Anchorage Alaska 99501

June 7, 2021

UNITED STATES POSTAL SERVICE.
HOMER
3658 HEATH ST
HOMER, AK 99603-9998
(800)275-8777
06/07/2021 05:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 2-Day Flat Rate Env | 1 | | $7.95 |
| Anchorage, AK 99513 Flat Rate Expected Delivery Date Fri 06/11/2021 | | | |
| Certified Mail® Tracking #: 70202450000085138412 | | | $3.60 |
| Return Receipt Tracking #: 9590 9402 6442 0346 8556 48 | | | $2.85 |
| Affixed Postage Affixed Amount: $7.95 | | | -$7.95 |
| Total | | | $6.45 |
| Priority Mail® 2-Day Flat Rate Env | 1 | | $7.95 |
| Anchorage, AK 99501 Flat Rate Expected Delivery Date Fri 06/11/2021 | | | |
| Certified Mail® Tracking #: 70202450000085138429 | | | $3.60 |
| Return Receipt Tracking #: | | | $2.85 |
| Affixed Postage Affixed Amount: $7.95 | | | -$7.95 |
| Total | | | $6.45 |
| Grand Total: | | | $12.90 |
| Personal/Bus Check | | | $12.90 |

Wendy Terry

**Certificate of Service:** I hereby certify that on 26 July 2021 I mailed first class a true and correct copy of the forgoing document to the following:

- Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501
- Adam Alexander, U.S. Attorney Office (Anch), 222 West 7th Ave. RM 253 #9, Anch AK 99513

Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946


USPS Tracking®

EXHIBIT B

FAQs >

Track Another Package +

Tracking Number: 9590940264420346555655

Remove X

Your item is being held at the ANCHORAGE, AK 99501 post office at 5:23 pm on June 9, 2021. This is at the request of the customer.

Held at Post Office, At Customer Request

June 9, 2021 at 5:23 pm
ANCHORAGE, AK 99501




www.USPS.com status of My presentment pictured above from 22 July 2021.

**Certificate of Service:** I hereby certify that on 26 July 2021 I mailed first class a true and correct copy of the forgoing document to the following:

- Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501
- Adam Alexander, U.S. Attorney (Anch) 222 West 7th RM 253 #9, Anch AK 99513

Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

IN THE MATTER OF THE SEARCH OF:

895 Ocean Drive Loop, Homer Alaska 99603

Case No. 3:21-mj-00237-MMS

## True Bill and Bill of Particulars

Wendy Terry, the woman who at times acts as an agent of the Federal Bureau of Investigation (FBI) was the causal source of harm of trespass upon My property and the peaceful enjoyment of My life by way of her "APPLICATION FOR A SEARCH WARRANT" and the "AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT".

| **Rebutted statements made under penalty of perjury** | **Max. Penalty Per** |
|---|---|
| Rebuttal: page 2, in point 40 "...matching the exact description of HUEPER dressed in the same clothing and purse…" | 250,000 |
| Rebuttal: page 3, In point 42 "FBI Special Agent (redacted) reviewed the surveillance video from the Capitol and discovered MARILYN HUEPER also on video…" | 250,000 |
| Rebuttal: page 3, In point 42 "MARILYN HUEPER enters the Speaker of the House's office" | 250,000 |
| Rebuttal: page 3, In point 42-45 "MARILYN HUEPER is seen in a video recorded by a bystander in Speaker Pelosi's office | 250,000 |
| Rebuttal: page 3, In point 42-45 "MARILYN HUEPER is also seen with a pair of black gloves in her hands," | 250,000 |
| Rebuttal: page 3, In point 46 "The FBI confirmed the woman in photographs 225 A and B was MARILYN HUEPER…" | 250,000 |
| **TRUE BILL** | $1,500,000 |

I verify that this is a True Bill, true, do and owing, and due upon 30 days of receipt. I verify that all statements in this True Bill and Bill of Particulars are true to the best of my knowledge and belief.

Date: 26 July 2021

By: [signature]
All rights reserved at all times
Autograph of Marilyn A. Hueper

**Certificate of Service:** I hereby certify that on 26 July 2021 I mailed first class a true and correct copy of the forgoing document to the following:

- Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501
- Adam Alexander, U.S. Attorney (Anch), 222 West 7th Ave. RM 253 #9, Anch AK 99513

Marilyn A. Hueper
in care of: 895 Ocean Drive Loop, Homer Alaska [99603]
anxiousfornothing@protonmail.com
907-399-1946

Copy of "Notice: Summary Judgment and Order to Pay"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

IN THE MATTER OF THE SEARCH OF:

895 Ocean Drive Loop, Homer Alaska 99603 Case No. 3:21-mj-00237-MMS

"FILED UNDER SEAL – 22 Apr 2021"

**Notice: Summary Judgment and Order to Pay**

It is hereby noticed that Wendy Terry, the woman who at times acts as agent for the Federal Bureau of Investigation (FBI) stationed at the Anchorage Field Office, Joint Terrorism Task Force at 101 E Sixth Ave, Anchorage, Alaska 99501, the United States of America is found summarily adjudged to have made false statement in Affidavits "APPLICATION FOR A SEARCH WARRANT" and the "AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT" in connection with the above captioned matter which did, do and continue to be the causal source of harm to the woman, Marilyn Ann Hueper, to her husband, Paul James Hueper, and also to Gregory Alexander Nance and Ethan Pierce Rathbone, further referred to herein as the "aggrieved";

it is herein the ORDER of this Court that each of the above named aggrieved woman and man(s) be awarded the amount of $250,000.00 USD/occurance by way of Wendy Terry's private liability insurance and her public/private indemnification policy(ies) and/or bonds or any combination thereof as the financial penalty for making false statements under Oath or Affirmation;

further remedy shall be sought in connection with the above captioned matter;

be it furthered ORDERED that the aid of any public/private agency of the government of the United States of America in connection to the collection of this fine is required;

signed and sealed by ______________________, Magistrate Judge of this DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF ALASKA on this ______day of the ____month in the year of our Lord twenty twenty-one and the year since Independence the two hundred forty-fifth.

"I" certify that copies have been mailed to all interested parties on 15 day of June 2021, initials MH.

for questions, please call Marilyn Hueper 907-299-8594

**Certificate of Service:** I hereby certify that on 26 July 2021 I mailed first class a true and correct copy of the forgoing document to the following:

- Wendy Terry, in care of FBI Anchorage Office, 101 E. Sixth Ave, Anchorage AK 99501
- Adam Alexander, U.S. Attorney (Anch), 222 West 7th Ave. RM253 #9, Anch AK99513

Case No. 3:21-mj-00237-MMS Document Copy of "Notice: Summary Judgment and Order to Pay" Page 6 of 6