# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

*Search of 895 Ocean Drive Loop, Homer, Alaska, 99603*
Case No. 3:21-mj-237-MMS

By:   The Honorable Matthew M. Scoble

PROCEEDINGS:   Order from Chambers

The matter comes before the Court on Ms. Marilyn Hueper's "MOTION FOR: Summary Judgement" (sic) (the "Motion") filed on July 26, 2021[1].   In summary, it appears that Ms. Hueper moves the court to review certain documents and grant a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.[2] Ms. Hueper styles herself as an "aggrieved woman", her grievance arising from a search of her home conducted by Special Agents of the Federal Bureau of Investigation.[3]   The relief that Ms. Hueper requests is payment of "$250,000.00 USD/occurance by way of Wendy Terry's private liability insurance and her public/private indemnification policy(ies) and/or bonds or any combination thereof as the financial penalty for making false statements under Oath or Affirmation;"[4]  (sic).

Having reviewed Ms. Hueper's filing, it appears to the Court that it has no authority to grant the relief Ms. Hueper seeks.   The Court does not reach the merits of the Motion because it is procedurally improper.   The Motion moves for relief under a rule of civil procedure, yet the record is devoid of any indication that Ms. Hueper has filed a civil lawsuit within this Court's jurisdiction.   This is not a request for relief upon which this Court can act.

Accordingly, the Motion at Docket 11 is **DENIED**.

DATED at Anchorage, Alaska, this 21st day of October, 2022.

/s/Matthew M. Scoble
MATTHEW M. SCOBLE
Chief United States Magistrate Judge

---

1 Dkt. 11
2 Id.
3 Id.
4 Id.